**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| CONTINENTAL SERVICE GROUP, INC. | ) ) ) | |
| Plaintiff, | ) ) | No. 17-cv-449 |
| v. | ) ) | Chief Judge Braden |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) ) | |

**MOTION TO INTERVENE**

    Pursuant to Rule 24(a)(2) of the Rules of this Court, The CBE Group, Inc. ("CBE") respectfully requests leave for intervention of right in the above-captioned bid protest filed by Continental Service Group, Inc. ("ConServe") today. CBE is one of seven awardees under the procurement at issue. The disposition of this matter will directly affect CBE's interests in the awarded contract, which carries the potential for significant economic and other harms to CBE.

    The undersigned attorney will serve as counsel of record. Counsel of record as well as Neil H. O'Donnell, Lucas T. Hanback, and Lauren B. Kramer are members in good standing of this Court's bar and were admitted under the GAO protective order in the earlier

1

proceeding.  I request that we all be admitted to the Protective Order, when issued, by this Court.[1]

Dated: March 29, 2017                           Respectfully Submitted,


                                                By:  //s//  Jeffery M. Chiow
                                                Jeffery M. Chiow (Counsel of Record)
                                                Neil H. O'Donnell
                                                Lauren B. Kramer
                                                Lucas T. Hanback
                                                Stephen L. Bacon
                                                ROGERS JOSEPH O'DONNELL, P.C.
                                                875 15th Street NW, Suite 725
                                                Washington, DC  20005
                                                Tel:  (202) 777-8952
                                                Fax:  (202) 347-8429
                                                Email:  jchiow@rjo.com;nodonnell@rjo.com;
                                                lhanback@rjo.com

                                                *Attorneys for THE CBE GROUP, INC.*

---

[1] Stephen L. Bacon was also admitted to the Protective Order below and he will seek admission to this Court's bar as soon as possible.