# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| CONTINENTAL SERVICE GROUP, INC. and PIONEER CREDIT RECOVERY, INC.<br><br>  Plaintiffs,<br>   v.<br><br>UNITED STATES<br><br>  Defendant,<br><br>CBE GROUP, INC.;<br>PREMIERE CREDIT OF NORTH AMERICA, LLC;<br>GC SERVICES LIMITED PARTNERSHIP;<br>FINANCIAL MANAGEMENT SYSTEMS, INC.;<br>VALUE RECOVERY HOLDINGS, LLC; and<br>WINDHAM PROFESSIONALS, INC.,<br><br>  Intervenor-Defendants. | No. 17-449<br><br>(Chief Judge Braden) |

## PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION AND PROPOSED ORDER

In light of the impending May 8, 2017 expiration of the temporary restraining order currently issued in this protest, Plaintiff Continental Service Group, Inc. ("Plaintiff") respectfully renews its motion for the Court to issue a preliminary injunction enjoining the U.S. Department of Education from: (1) authorizing performance under contracts awarded pursuant to Solicitation No. ED-FSA-16-R-0009 during the pendency of this protest; and (2) transferring work to be performed under the contracts at issue to other contracting vehicles to circumvent or moot this bid protest during the pendency of the protest. Plaintiff has attached hereto a proposed order to this effect.

On March 29, 2017, Plaintiff filed a Motion and Memorandum of Points and Authorities in Support of the Issuance of a Temporary Restraining Order and Preliminary Injunction. *See* Dkt. No. 7. Plaintiff hereby relies on the facts and arguments made in its March 29 Motion and during the hearing held on May 2, 2017, and Plaintiff requests that the Court convert its March 29 Motion for a Temporary Restraining Order and Preliminary Injunction to a Motion for Preliminary Injunction.

Dated: May 1, 2017

Of Counsel:

Richard B. Oliver
J. Matthew Carter
Aaron S. Ralph
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7102
(213) 629-1033 (fax)
richard.oliver@pillsburylaw.com
matt.carter@pillsburylaw.com
aaron.ralph@pillsburylaw.com

Alexander B. Ginsberg
Meghan D. Doherty
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7521
(703) 770-7901 (fax)
alexander.ginsberg@pillsburylaw.com
meghan.doherty@pillsburylaw.com

Respectfully submitted,

/s/ Todd J. Canni
Todd J. Canni
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7213
(213) 629-1033 (fax)
todd.canni@pillsburylaw.com

*Attorney of Record for Continental Service Group, Inc.*

**PROPOSED ORDER**

Upon consideration of the Motion for Preliminary Injunction filed by Plaintiff Continental Service Group, Inc., the Motion is GRANTED;

In order to preserve the *status quo* to protect the interests of all parties and to afford the Government an opportunity to reach a global resolution of this protest and several related protests, it is hereby ordered that the United States of America, the United States Department of Education, and their officers, agents, servants, employees, and representatives are enjoined from:

(1) authorizing the purported awardees to perform on the contract award under Solicitation No. ED-FSA-16-R-0009 during the pendency of this protest, except as specifically provided for below; and

(2) transferring work to be performed under the contract at issue in this case to other contracting vehicles to circumvent or moot this bid protest during the pendency of this protest.

(3) This Order, however, does not prohibit The CBE Group, Inc., Premiere Credit of North America, LLC, and Transworld Systems, Inc. from continuing to service only "in repayment" accounts, *i.e.*, those accounts where the contractor and borrower have a mutually agreed upon repayment schedule (*see* Task Order No. ED-FSA-09-0-0008 at 48), pursuant to Contract Nos. ED-FSA-17-D-0006, ED-FSA-17-D-0007 and EDFSA-17-D-0009, awarded on December 9, 2016, for a period of _____ days, and without further consent of the court.

(4) Further, these proceedings are STAYED for 30 days to allow the parties to pursue a global resolution of this protest and related protests. The parties will file a Joint Status Report on or before June \_\_, 2017.

**IT IS SO ORDERED.**

Dated: _____

_____
**Susan G. Braden**
**Chief Judge**
United States Court of Federal Claims

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically via the CM/ECF system, through which the following parties received notice of this filing, this 1st day of May 2017:

Lauren Moore, Esq.
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530
(202) 616-0333
Fax: (202) 514-8640
E-mail: lauren.moore@usdoj.gov

Jeffery Mitchell Chiow
Rogers Joseph O'Donnell, PC (DC)
875 15th Street, NW Suite 725
Washington, DC 20005
(202) 777-8952
Fax: (202) 347-8429
Email: jchiow@rjo.com

Craig Alan Holman
Arnold & Porter Kaye Scholer LLP (DC)
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5722
Fax: (202) 942-5999
Email: Craig.Holman@aporter.com

William M. Jack
Kelley Drye and Warren LLP (DC)
3050 K Street, NW Suite 400
Washington, DC 20007
(202) 342-8521
Fax: (202) 719-6037
Email: wjack@kelleydrye.com

David Ronald Johnson
Vinson & Elkins L.L.P. (DC)
2200 Pennsylvania Ave., NW Suite 500-West
Washington, DC 20037-1701
(202) 639-6500
Email: drjohnson@velaw.com

James C. Fontana
Depmsey Fontana, PLLC
8133 Leesburg Pike Suite 500
Tysons Corner, VA 22181
(703) 880-9172
Email: jfontana@deftlaw.com

David Thomas Ralston , Jr.
Foley & Lardner LLP (DC)
3000 K Street, N.W., Suite 600
Washington, DC 20007-5109
(202) 295-4097
Fax: (202) 672-5399
Email: dralston@foley.com

Jonathan D. Shaffer
Smith Pachter McWhorter PLC
8000 Towers Crescent Drive Suite 900
Tysons Corner, VA 22182
(703) 947-6280
Fax: (703) 847-6312
Email: jshaffer@smithpachter.com

/s/ Alexander B. Ginsberg
Alexander B. Ginsberg