# In the United States Court of Federal Claims

No. 17-449
Filed: May 1, 2017

```
*************************************
CONTINENTAL SERVICES            *
GROUP, INC., and PIONEER CREDIT *
RECOVERY, INC.,                 *
                                *
        Plaintiffs,             *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
        Defendant,              *
                                *
and                             *
                                *
CBE GROUP, INC., PREMIERE       *
CREDIT OF NORTH AMERICA, LLC,   *
GC SERVICES LIMITED PARTNERSHIP,*
FINANCIAL MANAGEMENT SYSTEMS,   *
INC., VALUE RECOVERY HOLDINGS,  *
LLC, WINDHAM PROFESSIONALS,     *
INC., COLLECTION TECHNOLOGY,    *
INC., and PROGRESSIVE FINANCIAL,*
INC.,                           *
                                *
        Intervenor-Defendants.  *
*************************************
```

## ORDER

On April 27, 2017, Collection Technology, Inc. ("Collection Technology") filed a Motion To Intervene in the above-captioned case. ECF No. 78. On April 28, 2017, Progressive Financial Services, Inc. ("Progressive Financial") also filed a Motion To Intervene in the above-captioned case. ECF No. 80. Collection Technology's April 27, 2017 Motion To Intervene and Progressive Financial's April 28, 2017 Motion To Intervene are granted.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**