# In the United States Court of Federal Claims

Nos. 17-449, 17-499
Filed: May 3, 2017

```
************************************
CONTINENTAL SERVICES          *
GROUP, INC., and PIONEER CREDIT *
RECOVERY, INC.,               *
                              *
          Plaintiffs,         *
                              *
and                           *
                              *
COLLECTION TECHNOLOGY, INC.,  *
and PROGRESSIVE FINANCIAL     *
SERVICES, INC.,               *
                              *
          Intervenor-Plaintiffs, *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
          Defendant,          *
                              *
and                           *
                              *
CBE GROUP, INC., PREMIERE     *
CREDIT OF NORTH AMERICA, LLC, *
GC SERVICES LIMITED PARTNERSHIP,*
FINANCIAL MANAGEMENT SYSTEMS, *
INC., VALUE RECOVERY HOLDINGS, *
LLC, and WINDHAM PROFESSIONALS, *
INC.,                         *
                              *
          Intervenor-Defendants. *
************************************
```

## ORDER

On April 9, 2017, F.H. Cann & Associates, Inc. ("F.H. Cann"), a small business that was awarded a contract for student debt collection by the United States Department of Education ("ED") in 2014, filed a Motion For Leave To File Amicus Brief. ECF No. 44. On April 10, 2017, F.H. Cann filed a second Motion For Leave To File Amicus Brief and a Motion To Participate in a status conference scheduled for the same day. ECF No. 55. Although the court did not grant

F.H. Cann leave to file an amicus brief, F.H. Cann's counsel was permitted to participate in the April 10, 2017 Status Conference, and every hearing that the court has since convened in *Continental Services Group, Inc. v. United States*, 17-449.

On April 21, 2017, F.H. Cann filed a Motion To Intervene in the above-captioned case. ECF No. 69.  That same day, the court convened a status conference to discuss an Emergency Motion For Temporary Restraining Order Enforcement, filed by another party.  During the Status Conference, Plaintiffs objected to F.H. Cann's April 21, 2017 Motion To Intervene.  For this reason, the court instructed Plaintiffs to propose a deadline by which to file a written Response to F.H. Cann's Motion To Intervene.  Plaintiffs did not propose a deadline.

On April 26, 2017, National Recoveries, Inc. ("National Recoveries"), another small business that was awarded a student debt collection contract by ED in 2014, filed a Motion To Intervene.  ECF No. 75.  Because National Recoveries and F.H. Cann are similarly situated small businesses with preexisting debt collection contracts with ED, the court expects that Plaintiffs also will object to National Recoveries' April 26, 2017 Motion To Intervene.

For these reasons, the court sets the following deadlines:

| | |
|---|---|
| May 8, 2017 | Plaintiffs' responses to F.H. Cann's April 21, 2017 Motion To Intervene and National Recoveries' April 26, 2017 Motion To Intervene are due. |
| May 12, 2017 | F.H. Cann's and National Recoveries' replies are due. |

If Plaintiffs do not file responses to F.H. Cann's April 21, 2017 Motion To Intervene and National Recoveries' April 26, 2017 Motion To Intervene on, or before, May 8, 2017, the court will grant those motions.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**