# In the United States Court of Federal Claims

Nos. 17-449, 17-499
Filed: May 10, 2017

```
*************************************
CONTINENTAL SERVICES              *
GROUP, INC., and PIONEER CREDIT   *
RECOVERY, INC.,                   *
                                  *
        Plaintiffs,               *
                                  *
and                               *
                                  *
COLLECTION TECHNOLOGY, INC.,      *
and PROGRESSIVE FINANCIAL         *
SERVICES, INC.,                   *
                                  *
        Intervenor-Plaintiffs,    *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant,                *
                                  *
and                               *
                                  *
CBE GROUP, INC., PREMIERE         *
CREDIT OF NORTH AMERICA, LLC,     *
GC SERVICES LIMITED PARTNERSHIP,  *
FINANCIAL MANAGEMENT SYSTEMS,     *
INC., VALUE RECOVERY HOLDINGS,    *
LLC, and WINDHAM PROFESSIONALS,   *
INC.,                             *
                                  *
        Intervenor-Defendants.    *
*************************************
```

**AMENDED SCHEDULING ORDER**

On May 3, 2017, the court issued a Scheduling Order, setting the following deadlines:

May 8, 2017          Plaintiffs' responses to F.H. Cann & Associate, Inc.'s ("F.H. Cann")
                     April 21, 2017 Motion To Intervene and National Recoveries, Inc.'s

                                                        ("National Recoveries") April 26, 2017 Motion To Intervene are due.

        May 12, 2017        F.H. Cann's and National Recoveries' replies are due.

ECF No. 90.

On May 8, 2017, Plaintiffs each filed a Response to F.H. Cann's April 21, 2017 Motion To Intervene and National Recoveries' April 26, 2017 Motion To Intervene. ECF Nos. 97, 99. Plaintiffs, however, filed their Responses under seal. Pursuant to the court's March 31, 2017 Protective Order, Plaintiffs must "promptly serve on the other parties a proposed redacted version" of their May 8, 2017 Responses. ECF No. 16 at ¶ 12(a). All other parties have two business days after receipt of the proposed redactions to suggest additional redactions. ECF No. 16 at ¶ 12(b). After the two-day period expires, Plaintiffs must file redacted responses that will be available to the public. ECF No. 16 at ¶ 12(c).

F.H. Cann and National Recoveries have not been admitted to the above-captioned case. Therefore, F.H. Cann and National Recoveries will not have access to Plaintiffs' May 8, 2017 Responses until redacted versions are available to the public. But, even if Plaintiffs filed their proposed redactions today, the May 8, 2017 Responses would not be available to the public before May 12, 2017, the due date for F.H. Cann's and National Recoveries' replies. Accordingly, the court amends the May 3, 2017 Scheduling Order as follows:

        May 10, 2017        Plaintiffs' proposed redactions to the May 8, 20017 Responses are due.

        May 12, 2017        Additional redactions are due.

        May 15, 2017        Plaintiffs' redacted responses are due.

        May 19, 2017        F.H. Cann's and National Recoveries' replies to the May 8, 2017 Responses are due.

**IT IS SO ORDERED.**

                                                                             <u>s/Susan G. Braden</u>
                                                                             **SUSAN G. BRADEN**
                                                                             **Chief Judge**