**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
Bid Protest

| | |
|---|---|
| CONTINENTAL SERVICES GROUP, INC., and PIONEER CREDIT RECOVERY, INC., | ) ) ) ) |
| Plaintiffs, and | ) ) |
| COLLECTION TECHNOLOGY, INC., and PROGRESSIVE FINANCIAL SERVICES, INC., | ) ) ) |
| Intervenor-Plaintiffs, | ) ) |
| v. | )  Nos. 17-449, 17-499 |
| THE UNITED STATES, | )  Chief Judge Braden |
| Defendant, and | ) ) |
| THE CBE GROUP, INC., PREMIERE CREDIT OF NORTH AMERICA, LLC, GC SERVICES LIMITED PARTNERSHIP, FINANCIAL MANAGEMENT SYSTEMS, INC., VALUE RECOVERY HOLDINGS, LLC, and WINDHAM PROFESSIONALS, INC., | ) ) ) ) ) ) ) |
| Intervenor-Defendants. | ) ) |

## MOTION BY ALLTRAN EDUCATION, INC. TO INTERVENE AS PLAINTIFF

Pursuant to Rule 24(a) of the Rules of the United States Court of Federal Claims ("RCFC"), Alltran Education, Inc. ("Alltran") hereby moves to intervene as of right in the above-captioned consolidated protests of Continental Services Group, Inc. ("ConServe") and Pioneer Credit Recovery, Inc. ("Pioneer").

RCFC 24(a) allows a party to intervene as of right where the party "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect

its interest, unless existing parties adequately represent that interest." Similar to other parties that have already been allowed to intervene in this action—*i.e.*, Collection Technology, Inc. ("CTi") and Progressive Financial Services, Inc. ("Progressive")—Alltran is an incumbent contractor with the Department of Education and also has pending before the Court a separate protest (No. 17-517) relating to the same procurement challenged in this consolidated case. And, certain aspects of Alltran's separate protest have been addressed at joint hearings before the Court along with this action. Thus, it is clear that Alltran has an interest in this consolidated action, and that the disposition of this action may as a practical matter impair or impede Alltran's ability to protect its interest. However, due to the protective order in this case, counsel for Alltran currently cannot access sealed filings in this case that directly and/or indirectly implicate both Alltran's protest and Alltran's substantive rights (both as a current contract holder with the Department of Education and as an offeror in the procurement that is the subject of ConServe's and Pioneer's protests).

Accordingly, Alltran hereby moves to intervene as of right in this consolidated action for the purpose of gaining access to materials and pleadings in this action that affect Alltran's interests, and, if necessary, to respond to such materials and pleadings in order to protect Alltran's interests. Counsel for Alltran will promptly file applications for admission to the protective order in this action upon the granting of this motion to intervene.

Alltran has contacted counsel for Plaintiffs ConServe and Pioneer and counsel for Defendant the United States regarding this motion. The Government does not oppose Alltran's intervention. Plaintiffs ConServe and Pioneer had not yet responded to Alltran as of the filing of this motion.

|  |  |
|---|---|
| May 12, 2017 | Respectfully submitted, |
|  | s/ Daniel R. Forman |
|  | Daniel R. Forman |
| Of Counsel: | (Counsel of Record) |
| James G. Peyster | Crowell & Moring LLP |
| Robert J. Sneckenberg | 1001 Pennsylvania Avenue, NW |
| Stephanie L. Crawford | Washington, DC 20004-2595 |
| JPeyster@crowell.com | Tel: (202) 624-2504 |
| RSneckenberg@crowell.com | Fax: (202) 508-8989 |
| SCrawford@crowell.com | DForman@crowell.com |

*Attorneys for Alltran Education, Inc.*