# EXHIBIT A

# ACTUAL/POTENTIAL BID PROTESTS BEFORE COURT OF FEDERAL CLAIMS ON DEPARTMENT OF EDUCATION RELATED LITIGATION

There are two (2) procurement decisions of the Department of Education (ED) which are under protest before the Court:

1) the decision in April 2015 to issue award term extensions ("ATE Awards") to five private collection agency (PCA) contracts initially awarded in 2009, and
2) the decision in December 2016 to award seven new PCA contracts ("December 2016 Awards").

## LITIGATION RELATED TO ATE AWARDS

The April 2015 ATE Awards are the subject of the cases consolidated as Coast Professional et al (No. 15-207C). The protesters challenge Solicitation ED-FSA-09-O-0022, issued in 2008, and more specifically a down-select in April 2015 under Clause H.4 of the contracts resulting from that Solicitation. ED awarded five ATEs and denied ATEs to four other firms. The four (4) firms who were denied ATEs are the Plaintiffs in Coast Professional et al on protest before this court.

PLAINTIFFS ON ATE LITIGATION (Coast Professional et al (No. 15-207C) – they seek new ATEs

| Protestor | Date COFC Protest Filed |
|---|---|
| Coast Professional, Inc. | March 2, 2015 |
| National Recoveries, Inc. | March 9, 2015 |
| Enterprise Recovery Systems, Inc. (aka Alltran) | March 10, 2015 |
| Pioneer Credit Recovery, Inc. | March 16, 2015 |

DEFENDANT-INTERVENORS ON ATE LITIGATION (Coast Professional et al (CIV-15-2007C) – they hold ATEs

| Protestor | ATE Contract Number |
|---|---|
| GC Services | ED-FSA-15-00027 |
| Windham Professional | ED-FSA-15-00030 |
| FMS | ED-FSA-15-00028 |
| ACT | ED-FSA-15-00025 |
| Continental Services | ED-FSA-15-00029 |

The Department is taking voluntary corrective action in this litigation. ED will reconsider its decision to deny ATEs to the four plaintiffs. The Court has ordered parties to reconvene June 7, 2017 for a status conference.

ACTUAL/POTENTIAL BID PROTESTS BEFORE COURT OF FEDERAL CLAIMS ON
DEPARTMENT OF EDUCATION RELATED LITIGATION

LITIGATION RELATED TO DECEMBER 2016 AWARDS

On December 9, 2016, the Department of Education awarded seven indefinite delivery/indefinite quantity (IDIQ) contracts to the following vendors:

Financial Management Service Investment Corp.;
GC Services Limited Partnership;
Premiere Credit of North America, LLC;
The CBE Group;
Transworld Systems, Inc.;
Value Recovery Holding, LLC, and
Windham Professionals, Inc.

The December 2016 PCA awards were initially protested at GAO by 22 of 47 offerors. The challenge is to Solicitation ED-FSA-16-R-0009, issued in December 2015. Nine (9) of the 22 protesters lost at GAO, withdrew their protests, or were dismissed by GAO. Four (4) of those (9) nine have filed complaints at the Court:

Pioneer Credit Recovery, Inc. (GAO dismissed its protests)
Continental Services (withdrew its GAO protest)
Enterprise Recovery Systems, Inc. (ERS) (aka Alltran) (GAO denied its protest)
Account Control Technology (ACT) (GAO denied its protest)

2

# ACTUAL/POTENTIAL BID PROTESTS BEFORE COURT OF FEDERAL CLAIMS ON DEPARTMENT OF EDUCATION RELATED LITIGATION

PROTESTERS AT GAO WHO DID NOT PREVAIL, WITHDREW OR WERE DISMISSED

| Protestor | Date GAO Protest Filed | Outcome at GAO | File/Appeal to COCF |
|---|---|---|---|
| Continental Service Group, Inc. | Jan. 9, 2017 | Protester withdrew its protest on March 29, 2017 | Filed March 28, 2017; COFC Docket No. 17-449 |
| Account Control Technology, Inc. | Jan. 9, 2017 | GAO denied the protest on March 27, 2017 | Filed April 7 COFC Docket No. 17-493 |
| Pioneer Credit Recovery | Jan. 9, 2017 | GAO dismissed the protest on March 31, 2017 as matter is related to case pending before court of competent jurisdiction | Filed April 10, 2017 COFC Docket no. 17-499 |
| Enterprise Recovery Systems, Inc. (aka Alltran) | Jan. 9, 2017 | GAO denied the protest on March 27, 2017 | Filed April 12, 2017 COFC Docket no. _ |
| Central Credit Services | Jan. 5, 2017 | GAO dismissed on January 30, 2017 | n/a |
| Financial Asset Management Systems | Jan. 9, 2017 | GAO dismissed on February 6, 2017 | n/a |
| Weltman, Weinberg & Reis, Co. | Jan. 9, 2017 | GAO dismissed on February 24, 2017 | n/a |
| Global Receivables Solutions, Inc. | Jan. 9, 2017 | GAO denied the protest on March 27, 2017 | n/a |
| Sutherland Global Services | Jan. 9, 2017 | GAO denied the protest on March 27, 2017 | n/a |

# ACTUAL/POTENTIAL BID PROTESTS BEFORE COURT OF FEDERAL CLAIMS ON DEPARTMENT OF EDUCATION RELATED LITIGATION

The other 13 GAO protesters prevailed at GAO. The Department is presently reviewing GAO's recommended corrective action.

## PROTESTERS AT GAO WHOSE PROTESTS WERE SUSTAINED

| Protestor | Date GAO Protest Filed | Outcome at GAO |
|---|---|---|
| Williams and Fudge, Inc. | Jan. 9, 2017 | GAO sustained the protest on March 27, 2017; recommended corrective action. |
| Performant Recovery, Inc. | Jan. 9, 2017 | GAO sustained the protest on March 27, 2017; recommended corrective action. |
| General Revenue Corp. | Jan. 9, 2017 | GAO sustained the protest on March 27, 2017; recommended corrective action. |
| Collection Technology, Inc. | Jan. 9, 2017 | GAO sustained the protest on March 27, 2017; recommended corrective action. |
| Texas Guaranteed Student Loan Corp. | Jan. 9, 2017 | GAO sustained the protest on March 27, 2017; recommended corrective action. |
| Van Ru Credit Corp. | Jan. 9, 2017 | GAO sustained the protest on March 27, 2017; recommended corrective action. |
| Progressive Financial Services, Inc. | Jan. 9, 2017 | GAO sustained the protest on March 27, 2017; recommended corrective action. |
| Automated Collection Services, Inc. | Jan. 9, 2017 | GAO sustained the protest on March 27, 2017; recommended corrective action. |
| Team Automated Collection Services, Inc. | Jan. 9, 2017 | GAO sustained the protest on March 27, 2017; recommended corrective action. |
| Gatestone & Co. International, Inc. | Jan. 9, 2017 | GAO sustained the protest on March 27, 2017; recommended corrective action. |
| Delta Management Associates, Inc. | Jan. 9, 2017 | GAO sustained the protest on March 27, 2017; recommended corrective action. |
| Allied Interstate LLC | Jan. 9, 2017 | GAO sustained the protest on March 27, 2017; recommended corrective action. |
| Collecto, Inc. d/b/a EOS CCA | Jan. 9, 2017 | GAO sustained the protest on March 27, 2017; recommended corrective action. |

# ACTUAL/POTENTIAL BID PROTESTS BEFORE COURT OF FEDERAL CLAIMS ON DEPARTMENT OF EDUCATION RELATED LITIGATION

## SMALL BUSINESS CONTRACTOR POOL

Unrelated to any of the Solicitations and award decisions which are the subject of the above litigations, ED has held contracts with 11 small business firms for several years. Those awards were issued on September 30, 2014. The first of these eleven firms began performing collection services under those contracts in November 2015. Since November 2015, on a monthly basis, ED has transferred accounts needing collection services to some or all of these 11 small businesses. There are no bid protests or other litigation related to the award or administration of these contracts.

ED'S SMALL BUSINESS PCA CONTRACTORS

| Small Business Contractor | Contract Number | Award Effective Date |
|---|---|---|
| Action Financial | ED-FSA-14-D-0010 | September 30, 2014 |
| Bass & Associates | ED-FSA-14-D-0011 | September 30, 2014 |
| Central Research, Inc. | ED-FSA-14-D-0012 | September 30, 2014 |
| Credit Adjustments Inc. | ED-FSA-14-D-0013 | September 30, 2014 |
| F.H. Cann & Associates, Inc. | ED-FSA-14-D-0014 | September 30, 2014 |
| Professional Bureau of Collections of Maryland, Inc. | ED-FSA-14-D-0015 | September 30, 2014 |
| Reliant Capital Solutions, LLC | ED-FSA-14-D-0016 | September 30, 2014 |
| Immediate Credit Recovery, Inc. | ED-FSA-14-D-0017 | September 30, 2014 |
| National Credit Services, Inc. | ED-FSA-14-D-0018 | September 30, 2014 |
| National Recoveries, Inc. | ED-FSA-14-D-0019 | September 30, 2014 |
| Coast Professional, Inc. | ED-FSA-14-D-0020 | September 30, 2014 |

# ACTUAL/POTENTIAL BID PROTESTS BEFORE COURT OF FEDERAL CLAIMS ON DEPARTMENT OF EDUCATION RELATED LITIGATION

## PCA CONTRACTS EXPIRING APRIL 21, 2017

On Friday, April 21, 2017, thirteen (13) of the 2009 PCA task orders will expire. On Saturday, April 22, 2017, the Department plans to recall the accounts being serviced under those task orders. The accounts that are recalled will be held and maintained under ED's Default Management Collections System (DMCS) contract. The recalled accounts will not be transferred to any PCA, in accordance with the Court's Temporary Restraining Order. The 13 contractors whose 2009 PCA task orders expire April 21, 2017 are:

### PCA CONTRACTS EXPIRING APRIL 21, 2017

| Name of PCA | End of Period of Performance | Dec 2016 awards | Disposition of GAO Protest | Coast Prof case Corrective Action |
|---|---|---|---|---|
| Allied Interstate LLC | April 21, 2017 | n/a | Sustained | |
| The CBE Group | April 21, 2017 | Awardee | n/a | |
| Collection Technology, Inc. (CTI) | April 21, 2017 | n/a | Sustained | |
| Collecto, Inc. d/b/a EOS CCA | April 21, 2017 | n/a | Sustained | |
| Delta Management Associates | April 21, 2017 | n/a | Sustained | |
| Enterprise Recoveries Systems, Inc. (aka Alltran) | April 21, 2017 | n/a | Denied | Pending |
| Financial Asset Management Systems, Inc. | April 21, 2017 | n/a | Dismissed | |
| Performant Recovery, Inc. | April 21, 2017 | n/a | Sustained | |
| Premiere Credit of North America, LLC | April 21, 2017 | Awardee | n/a | |
| Progressive Financial Services, Inc. | April 21, 2017 | n/a | Sustained | |
| Transworld Systems, Inc. | April 21, 2017 | Awardee | n/a | |
| Van Ru Credit Corp. | April 21, 2017 | n/a | Sustained | |
| Global Receivables Solutions, Inc. | April 21, 2017 | n/a | Denied | |