IN THE UNITED STATES COURT OF FEDERAL CLAIMS
**BID PROTEST**

| | |
|---|---|
| CONTINENTAL SERVICE GROUP, INC., | ) |
| Plaintiff, | ) |
| and | ) |
| PIONEER CREDIT RECOVERY, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 17-449C |
| | ) No. 17-499C |
| THE UNITED STATES, | ) (Consolidated) |
| | ) Chief Judge Braden |
| Defendant, | ) |
| and | ) |
| CBE GROUP, INC., | ) |
| FINANCIAL MANANGEMENT SYSTEMS, INC., | ) |
| GC SERVICES LIMITED PARTNERSHIP | ) |
| PREMIERE CREDIT of NORTH AMERICA, LLC, | ) |
| VALUE RECOVERY HOLDINGS, LLC | ) |
| WINDHAM PROFESSIONALS, INC., | ) |
| Intervenors. | ) |

AMENDMENT TO DEFENDANT'S NOTICE OF CORRECTIVE ACTION

On May 19, 2017, defendant, the United States, filed its Notice of Corrective Action (the notice). Doc. No. 122. As set forth in the notice, the United States Department of Education (ED) intends to take corrective action and make minor amendments to Solicitation No. ED-FSA-16-R-0009 (the solicitation), request revised

proposals from offerors, and conduct a new evaluation. Notice 7-9. The corrective action set forth in the notice did not permit offerors to revise small business participation plans. Notice 9. After further review, and considering the time that has passed since the original solicitation and the desire to receive up-to-date small business participation plans that are consistent with the other elements of the revised proposals, ED has decided to amend the notice and to allow offerors to submit revised small business participation plans, if they so choose. Moreover, as stated in our original notice, for those offerors determined to have submitted the most advantageous proposals, ED will conduct a responsibility determination. At that time, any apparently successful offeror will have the opportunity to submit an updated subcontracting plan.

In addition, in order to clarify language in the notice regarding the submission of resumes of key personnel, ED hereby amends the notice to state that the revised solicitation will only require the submission of resumes for the "Contract Representative" and the "Project Manager." The qualifications of these two individuals will not be considered in the evaluation of the management approach, but rather only for purposes of the application of EDAR 3452.243-70, Key Personnel (Mar 2011).

The foregoing amendment to the notice does not change the corrective action schedule set forth in the notice. The solicitation amendment and request for revised proposals will still be issued on May 26, 2017.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CHAD A. READLER<br>Acting Assistant Attorney General |
|  | ROBERT E. KIRSHCMAN, JR.<br>Director |
|  | s/ Patricia M. McCarthy |
|  | PATRICIA M. McCARTHY<br>Assistant Director |
|  | s/ Lauren S. Moore |
| OF COUNSEL: | LAUREN S. MOORE<br>U.S. Department of Justice |
| JOSE OTERO<br>General Attorney<br>Office of the General Counsel<br>U.S. Department of Education | Commercial Litigation Branch, Civil Division<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044 |
| SARA FALK<br>General Attorney<br>Office of the General Counsel<br>U.S. Department of Education | Tel: (202) 616-0333<br>Fax: (202) 514-8640<br>E-mail: lauren.moore@usdoj.gov |
|  | Attorneys for Defendant |
| May 25, 2017 |  |