# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

|  |  |
|---|---|
| CONTINENTAL SERVICE GROUP, INC., and PIONEER CREDIT RECOVERY, INC., <br>     Plaintiffs, and <br><br> COLLECTION TECHNOLOGY, INC., PROGRESSIVE FINANCIAL SERVICES, INC., and ALLTRAN EDUCATION, INC., <br>     Intervenor-Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br>     Defendant, and <br><br> THE CBE GROUP, INC., PREMIERE CREDIT OF NORTH AMERICA, LLC, GC SERVICES LIMITED PARTNERSHIP, FINANCIAL MANAGEMENT SYSTEMS, INC., VALUE RECOVERY HOLDINGS, LLC, and WINDHAM PROFESSIONALS, INC., <br>     Intervenor-Defendants. | Nos. 17-449, 17-499 <br><br> Chief Judge Braden |

## **NOTICE OF APPEAL**

Pursuant to Rule 58.1 of the Rules of this Court, Alltran Education, Inc. ("Alltran") hereby provides notice that it is appealing to the United States Court of Appeals for the Federal Circuit the May 31, 2017 preliminary injunction entered in the above-captioned action (ECF 143).[1]  Specifically, Alltran is appealing that aspect of the injunction that prohibits the United States Department of Education from allowing Alltran to perform under its award-term extension ("ATE") contract (*i.e.*, Task Order No. ED-FSA-17-O-0007 under Contract No. GS-23F-0291K).

---

[1] Alltran will be filing a similar notice of appeal in each related case wherein the Court issued a copy of the May 31 injunction—*i.e.*, case Nos. 17-493, 17-517, 17-558, 17-578, and 17-633.  In those cases where Alltran currently has a pending motion to intervene, Alltran will file its notice of appeal as soon as the Court acts on Alltran's motion for intervention.

2

By separate motion, Alltran will also be requesting that this Court stay the May 31 injunction, at least as applied to Alltran, pending resolution of Alltran's appeal.

| | |
|---|---|
| June 9, 2017 | Respectfully submitted, |
| | s/ Daniel R. Forman |
| | Daniel R. Forman |
| Of Counsel: | (Counsel of Record) |
| James G. Peyster | Crowell & Moring LLP |
| Robert J. Sneckenberg | 1001 Pennsylvania Avenue, NW |
| Stephanie L. Crawford | Washington, DC 20004-2595 |
| JPeyster@crowell.com | Tel: (202) 624-2504 |
| RSneckenberg@crowell.com | Fax: (202) 508-8989 |
| SCrawford@crowell.com | DForman@crowell.com |

*Attorneys for Alltran Education, Inc.*