## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| CONTINENTAL SERVICE GROUP, INC. and PIONEER CREDIT RECOVERY, INC. | No. 17-449 |
| Plaintiffs, | (Chief Judge Braden) |
| and | |
| COLLECTION TECHNOLOGY, INC., PROGRESSIVE FINANCIAL SERVICES, INC. and ALLTRAN EDUCATION, INC. Intervenor-Plaintiffs, | |
| v. | |
| UNITED STATES | |
| Defendant, | |
| CBE GROUP, INC.; PREMIERE CREDIT OF NORTH AMERICA, LLC; GC SERVICES LIMITED PARTNERSHIP; FINANCIAL MANAGEMENT SYSTEMS, INC.; VALUE RECOVERY HOLDINGS, LLC; and WINDHAM PROFESSIONALS, INC., | |
| Intervenor-Defendants. | |

## PLAINTIFF'S MOTION TO CONSOLIDATE CASE NOS. 17-449 AND 17-664 IN LIGHT OF ALLTRAN'S MOTION FOR STAY PENDING APPEAL

Continental Service Group, Inc. ("ConServe" or "Plaintiff") hereby moves the Court to

consolidate Case Nos. 17-449 and 17-664 in light of the Motion for Stay Pending Appeal

("Motion") filed by Alltran Education, Inc. ("Alltran").[1]  *See* Dkt. No. 155.  Alltran argues that

the Court should "stay the portion of the injunction currently prohibiting the Department of

Education ('ED') from 'transferring work' to Alltran's award-term extension ('ATE') contract"

while Alltran appeals the same injunction to the Federal Circuit.  *Id.* at 1-2.  Alltran argues that

its "ATE contract was a valid contract award, and neither the various cases before this Court nor

the Court's cited bases for the current injunction justify enjoining Alltran's ATE contract."  *Id.* at

2.

Alltran's motion is ***falsely premised*** on the argument that Alltran's ATE "was a valid

contract award" and only the Court's allegedly improper injunction in Case No. 17-449 is

preventing Alltran from proceeding with performance.  These statements could not be further

from the truth.  To the contrary, ***ConServe has filed a separate protest with this Court*** – Case

No. 17-664 – ***that challenges ED's improper, non-competitive, limited-source ATE award to***

***Alltran*** (formerly Enterprise Recovery Systems, Inc.) as ED's ostensible corrective action in

response to consolidated Case No. 15-207.  On May 31, 2017, ConServe filed an Amended

Motion for a Temporary Restraining Order and Preliminary Injunction in Case No. 17-664.  *See*

Dkt. No. 15.  If the Court determines that a temporary restraining order or injunction is

appropriate in response to ConServe's protest in Case No. 17-664, Alltran's request to stay the

injunction in Case No. 17-449 will be moot.[2]

---

[1] To the extent that the consolidation of these cases does not moot or otherwise dispose of
Alltran's Motion for the reasons stated herein, ConServe reserves its right to timely file an
Opposition to the Motion.

[2] In addition, Alltran's arguments are meritless.  As reiterated most recently in ConServe's
Opposition to Defendant's Motion to Dismiss and Renewed Motion to Continue Injunctive
Relief (Dkt. No. 141), the Court's issuance and continuation of the injunction in this case is
reasonable and necessary to protect the interests of all parties and preserve the *status quo*
during the pendency of ConServe's protest and ED's corrective action in response thereto.

Accordingly, ConServe respectfully moves the Court to consolidate Case Nos. 17-449 and 17-664 for the purpose of disposing of Alltran's Motion and determining the appropriate relief applicable in both cases.  To this end, ConServe also hereby renews its Motion for a Temporary Restraining Order and Preliminary Injunction in Case No. 17-664.  ConServe has attached a proposed order below.

Dated: June 9, 2017                                            Respectfully submitted,

Of Counsel:

                                                                           /s/ Todd. J. Canni

Richard B. Oliver                                              Todd. J. Canni
J. Matthew Carter                                            **PILLSBURY WINTHROP**
Aaron S. Ralph                                               **SHAW PITTMAN LLP**
**PILLSBURY WINTHROP**                          725 South Figueroa Street, Suite 2800
**SHAW PITTMAN LLP**                              Los Angeles, CA 90017-5406
725 South Figueroa Street, Suite 2800             (213) 488-7213
Los Angeles, CA 90017-5406                        (213) 629-1033 (fax)
(213) 488-7102                                               todd.canni@pillsburylaw.com
(213) 629-1033 (fax)
richard.oliver@pillsburylaw.com
matt.carter@pillsburylaw.com                        *Attorney of Record for Continental Service*
aaron.ralph@pillsburylaw.com                       *Group, Inc.*

Alexander B. Ginsberg
Meghan D. Doherty
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7521
(703) 770-7901 (fax)
alexander.ginsberg@pillsburylaw.com
meghan.doherty@pillsburylaw.com

## **PROPOSED ORDER**

Upon consideration of the Motion to Consolidate Case Nos. 17-449 and 17-664, the

Motion is GRANTED;

Pending a hearing on Plaintiff's Motion for a Temporary Restraining Order and

Preliminary Injunction in Case No. 17-664, the United States Department of Education ("ED"),

and their officers, agents, servants, employees, and representatives are enjoined from:

(1) authorizing the purported awardees to perform on the contract award under Solicitation
No. ED-FSA-16-R-0009 during the pendency of ED's corrective action in response to
this protest and several related protests; and

(2) transferring work to be performed under the contract at issue in this case to other
contracting vehicles to circumvent or moot this bid protest during the pendency of ED's
corrective action in response to this protest and several related protests.

**IT IS SO ORDERED.**

Dated: _____

_____
**Susan G. Braden**
**Chief Judge**
United States Court of Federal Claims

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on all parties

electronically via the CM/ECF system on this 9th day of June 2017.


/s/ Alexander B. Ginsberg
Alexander B. Ginsberg