IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CONTINENTAL SERVICE GROUP, INC., and PIONEER CREDIT RECOVERY, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| and | ) ) | |
| COLLECTION TECHNOLOGY, INC., PERFORMANT RECOVERY, INC., ALLTRAN EDUCATION, INC., and PROGRESSIVE FINANCIAL SERVICES, INC., | ) ) ) ) ) ) | |
| Plaintiff-Intervenors, | ) ) | |
| v. | ) ) | Nos. 17-449C; 17-499C; 17-493C; 17-517C 17-578C; 17-558C; 17-633C |
| THE UNITED STATES, | ) ) | Consolidated Chief Judge Susan G. Braden |
| Defendant, | ) ) | |
| and | ) ) | |
| CBE GROUP, INC., FINANCIAL MANANGEMENT SYSTEMS, INC., GC SERVICES LIMITED PARTNERSHIP, PREMIERE CREDIT of NORTH AMERICA, LLC, VALUE RECOVERY HOLDINGS, LLC, and WINDHAM PROFESSIONALS, INC., | ) ) ) ) ) ) ) ) ) ) | |
| Defendant-Intervenors. | ) | |

DEFENDANT'S NOTICE OF LIMITED RECALL OF ACCOUNTS

Defendant, the United States, respectfully files this notice with the Court with respect

to the recall of a subset of the accounts presently assigned to six private collection agencies

(PCAs) whose contracts expired on April 21, 2017.  The Department of Education's (ED)

Federal Student Aid (FSA) program has determined that a limited recall of accounts is urgently needed in order to provide assistance to student borrowers who reside in hurricane disaster relief areas, such as the counties directly affected by Hurricane Harvey.

As we explained in our notice of recalling accounts from expiring contracts filed with the Court on April 18, 2017, ED had planned to recall all borrower accounts held by PCAs whose contracts expired on April 21, 2017.  However, several parties to this litigation objected to the recall plan.  Out of respect for the Court's deliberative process, ED did not recall the accounts of those firms and of others who were similarly situated.  Specifically, FSA did not recall the accounts held by the following six PCAs:  Collection Technology, Inc., Transworld Systems, Inc., The CBE Group, Premiere Credit of North America, Alltran Education, Inc., and Progressive Financial Services, Inc.  Yet, because those firms do not have active contracts, they cannot perform any collection services on those borrower accounts.

After Hurricane Harvey's devastating floods, ED identified approximately 1,000 accounts assigned to those six PCAs in the areas affected by the hurricane.  FSA believes that recalling those accounts is the only viable mechanism to provide the borrowers associated with these accounts with the ability to request a suspension of payments, a suspension of administrative wage garnishments or other appropriate relief.  Absent a recall, those borrowers are presently unable to obtain such services.

Once this limited recall is completed, the accounts will be maintained on the database of ED's existing portfolio management system, the Debt Management and Collections System (DMCS).  The DMCS is managed by Maximus Federal Services, Inc. (MFS), which services ED's portfolio of defaulted student loans when not assigned to a PCA.  MFS operates the Federal Student Aid's Default Resolution Group (DRG).  The work of DRG is different from

the collection work performed by the PCAs.  DRG staff may answer telephone calls received

from student borrowers, and provide services requested by the borrowers, including

suspending payments, but they cannot initiate collections on any borrower accounts.  Thus, this

humanitarian recall of accounts is neither an assignment nor a transfer of PCA work to another

contracting vehicle and is not inconsistent with the Court's temporary restraining orders or

injunctions.

FSA intends to proceed with this limited recall of 1,000 accounts beginning tomorrow,

Friday, September 8, 2017.  FSA also anticipates expanding the recall of accounts, as

necessary, to include borrowers in counties that may be identified by the Federal Emergency

Management Association as hurricane disaster relief areas in the future, including areas that

may be affected by Hurricane Irma and other storms currently being tracked.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Patricia M. McCarthy

PATRICIA M. McCARTHY
Assistant Director

s/ Lauren S. Moore

OF COUNSEL:                        LAUREN S. MOORE
                                   U.S. Department of Justice
JOSE OTERO                         Commercial Litigation Branch, Civil Division
General Attorney                   P.O. Box 480
Office of the General Counsel      Ben Franklin Station
U.S. Department of Education       Washington, D.C. 20044
                                   Tel: (202) 616-0333
SARA FALK                          Fax: (202) 514-8640
General Attorney                   E-mail: lauren.moore@usdoj.gov
Office of the General Counsel
U.S. Department of Education       Attorneys for Defendant

September 7, 2017