# In the United States Court of Federal Claims

Consolidated Case Nos. 17-449, 17-499, 17-493, 17-517, 17-578, 17-558, 17-633

Filed: October 11, 2017

```
*************************************
CONTINENTAL SERVICE                    *
GROUP, INC., PIONEER CREDIT            *
RECOVERY, INC., ACCOUNT                *
CONTROL TECHNOLOGY, INC.               *
PROGRESSIVE FINANCIAL                  *
SERVICES, INC., VAN RU CREDIT          *
CORPORATION, COLLECTION                *
TECHNOLOGY, INC. ALLTRAN               *
EDUCATION, INC.,                       *
        Plaintiffs,                    *
                                       *
and                                    *
                                       *
COLLECTION TECHNOLOGY, INC.,           *
PROGRESSIVE FINANCIAL SERVICES,        *
INC., ALLTRAN EDUCATION, INC.,         *
PERFORMANT RECOVERY, INC.,             *
VAN RU CREDIT CORPORATION, and         *
ALLIED INTERSTATE LLC,                 *
        Intervenor-Plaintiffs,         *
v.                                     *
                                       *
THE UNITED STATES,                     *
        Defendant,                     *
                                       *
and                                    *
                                       *
CBE GROUP, INC., PREMIERE              *
CREDIT OF NORTH AMERICA, LLC,          *
GC SERVICES LIMITED PARTNERSHIP,*
VALUE RECOVERY HOLDINGS, LLC,          *
WINDHAM PROFESSIONALS, INC.,           *
AUTOMATED COLLECTION                   *
SERVICES, INC., FMS INVESTMENT         *
CORP., TEXAS GUARANTEED                *
STUDENT LOAN CORP., ALLTRAN            *
EDUCATION, INC.                        *
        Intervenor-Defendants.         *
                                       *
*************************************
```

## ORDER

On August 29, 2017, the court issued an Order directing the Government to file a status report on, or by, September 14, 2017. ECF No. 185. The August 29, 2017 Order also directed the Government to file that status report in the appeal of the court's May 31, 2017 preliminary injunction, currently pending in the United States Court of Appeals for the Federal Circuit, No. 17-2155, together with: (1) corrections regarding the transcript of the hearing convened by the court on May 2, 2017; and (2) the e-mail sent by the court's law clerk on April 21, 2017, that was attached to the August 29, 2017 Order. ECF No. 185.

On September 14, 2017, the Government filed a Status Report to notify the court of: (1) the status of the Department of Education's Corrective Action in the above-captioned case; and (2) the Government's intent to file, in the United States Court of Appeals for the Federal Circuit, a motion for leave to file the September 14, 2017 Status Report, the May 2, 2017 Transcript, and the April 21, 2017 E-mail. ECF No. 192.

On that same day, the court issued an Order directing the Government to file a Status Report within five days of the United States Court of Appeals for the Federal Circuit's decision on the Government's Motion For Leave To File the aforementioned documents. ECF No. 193.

On September 21, 2017, the Government filed a Status Report notifying the court that "[o]n September 20, 2017, the Court of Appeals for the Federal Circuit issued an order granting the Government's motion for leave to file the afore-mentioned September 14, 2017 status report and its attachments" and that "the status report and its attachments have been filed with the appellate court." ECF No. 195 at 2.

The court now directs the Government to file a status report by October 20, 2017 notifying the court of the status of the Department of Education's Corrective Action in the above-captioned case.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**
