# In the United States Court of Federal Claims

Consolidated Case Nos. 17-449, 17-499, 17-493, 17-517, 17-578, 17-558, 17-633

Filed: October 25, 2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CONTINENTAL SERVICE GROUP, INC., PIONEER CREDIT RECOVERY, INC., ACCOUNT CONTROL TECHNOLOGY, INC. PROGRESSIVE FINANCIAL SERVICES, INC., VAN RU CREDIT CORPORATION, COLLECTION TECHNOLOGY, INC. ALLTRAN EDUCATION, INC., | * |
|     Plaintiffs, | * |
| and | * |
| COLLECTION TECHNOLOGY, INC., PROGRESSIVE FINANCIAL SERVICES, INC., ALLTRAN EDUCATION, INC., PERFORMANT RECOVERY, INC., VAN RU CREDIT CORPORATION, and ALLIED INTERSTATE LLC, | * |
|     Intervenor-Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
|     Defendant, | * |
| and | * |
| CBE GROUP, INC., PREMIERE CREDIT OF NORTH AMERICA, LLC, GC SERVICES LIMITED PARTNERSHIP, VALUE RECOVERY HOLDINGS, LLC, WINDHAM PROFESSIONALS, INC., AUTOMATED COLLECTION SERVICES, INC., FMS INVESTMENT CORP., TEXAS GUARANTEED STUDENT LOAN CORP., ALLTRAN EDUCATION, INC. | * |
|     Intervenor-Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

On October 11, 2017, the court issued an Order directing the Government to file a status report notifying the court of the status of the Department of Education's Corrective Action by October 20, 2017 in the above-captioned case. ECF No. 196.

On October 19, 2017, the Government filed a Notice Of The Status Of Corrective Action informing the court that

> the evaluation reports have been finalized. The Source Selection Authority has been conducting an assessment of the findings and ratings reported by the evaluating committees in order to identify those proposals that are most advantageous to the Government. Once the apparently successful offeror/s are identified, the contracting officer will complete the responsibility determinations. Award/s will be made shortly after.

ECF 197 at 2.

The court appreciates the Government keeping the court and all parties apprised of the status of the Corrective Action. The court directs the Government to seek leave to file its October 19, 2017 Notice Of The Status Of Corrective Action (ECF 197) in the appeal of the court's May 31, 2017 preliminary injunction, currently pending in the United States Court of Appeals for the Federal Circuit, Case No. 17-2155.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**
