IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| CONTINENTAL SERVICE GROUP, INC., and PIONEER CREDIT RECOVERY, INC., <br><br> Plaintiffs, <br><br> and <br><br> COLLECTION TECHNOLOGY, INC., PERFORMANT RECOVERY, INC., ALLTRAN EDUCATION, INC., and PROGRESSIVE FINANCIAL SERVICES, INC., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> CBE GROUP, INC., FINANCIAL MANANGEMENT SYSTEMS, INC., GC SERVICES LIMITED PARTNERSHIP, PREMIERE CREDIT of NORTH AMERICA, LLC, VALUE RECOVERY HOLDINGS, LLC, and WINDHAM PROFESSIONALS, INC., <br><br> Defendant-Intervenors. | Nos. 17-449C; 17-499C; 17-493C; 17-517C 17-578C; 17-558C; 17-633C <br> Consolidated <br> Chief Judge Susan G. Braden |

DEFENDANT'S NOTICE OF INQUIRY BY APPELLATE COURT

Defendant, the United States, respectfully requests leave to file the attached order and

notice of inquiry from the Federal Circuit Court of Appeals in *Continental Service Group, Inc.

v. United States*, No. 17-2155 (Fed. Cir.). Exhibit A. Defendant also respectfully seeks leave,

pursuant to the Federal Circuit's order, to inquire when this Court expects to issue a ruling on Alltran Education, Inc.'s (Alltran) motion to stay this Court's May 31, 2017 order issuing two separate preliminary injunctions in these consolidated cases.

On May 31, 2017, this Court issued an order preliminarily enjoining the Department of Education (ED) from:

(1) Authorizing the purported awardees to perform on the contract awards under Solicitation No. ED-FSA-16-R-0009; and

(2) Transferring work to be performed under the contract at issue in this case to other contracting vehicles to circumvent or moot this bid protest.

On June 9, 2017, Alltran filed a notice of appeal with the Federal Circuit of this Court's May 31, 2017 preliminary injunctions. Also on June 9, 2017, Alltran filed a motion to stay this Court's May 31 preliminary injunction enjoining ED's transfer or assignment of newly defaulted accounts to any existing contract. On June 13, 2017, defendant filed a response, and joined Alltran's motion to stay the May 31, 2017 preliminary injunctions. Other parties also filed responses, including Pioneer Credit Recovery, Inc. on June 16, 2017, and defendant-intervenor Financial Management Systems, Inc. on June 19, 2017. On June 22, 2017, defendant filed a notice of appeal of this Court's May 31, 2017 preliminary injunctions.

Defendant and Alltran thereafter filed emergency motions with the Federal Circuit to stay this Court's May 31, 2017 preliminary injunctions pending appeal. By order dated July 18, 2017, the Federal Circuit held in abeyance a ruling on the motions for emergency stays so that this Court could rule on the motions for stay that were before it. Exhibit B. This Court has yet to rule on the motions.

On October 27, 2017, the Federal Circuit issued an order directing defendant to inquire when this Court intends to issue a ruling on Alltran's motion for a stay pending appeal of the May 31, 2017 preliminary injunctions. Exhibit A. Accordingly, defendant respectfully requests that this Court advise the parties when it intends to issue a ruling on Alltran's motion to stay the preliminary injunctions set forth in this Court's May 31, 2017 order.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CHAD A. READLER<br>Acting Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | s/ Patricia M. McCarthy |
|  | PATRICIA M. McCARTHY<br>Assistant Director |
|  | s/ Lauren S. Moore |
| OF COUNSEL: | LAUREN S. MOORE<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch |
| JOSE OTERO<br>General Attorney<br>Office of the General Counsel<br>U.S. Department of Education | P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-0333<br>Fax: (202) 514-8640 |
| SARA FALK<br>General Attorney<br>Office of the General Counsel<br>U.S. Department of Education | E-mail: lauren.moore@usdoj.gov<br>Attorneys for Defendant |

October 27, 2017