# In the United States Court of Federal Claims

Nos. 17-449C, 17-499C, 17-493C, 17-517C, 17-578C, 17-558C, 17-633C
(consolidated)

(Filed: February 14, 2018)

| | |
|---|---|
| ************************************** | * |
| | * |
| CONTINENTAL SERVICE GROUP, INC., *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| and | * |
| | * |
| COLLECTION TECHNOLOGY, INC., *et al.*, | * |
| | * |
| Plaintiff-Intervenors, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| CBE GROUP, INC., *et al.*, | * |
| | * |
| Defendant-Intervenors. | * |
| | * |
| | * |
| ************************************** | * |

## ORDER DISMISSING CASES

On January 11, 2018, the Department of Education ("ED") completed its corrective action in the above-captioned consolidated bid protest pursuant to this Court's order of December 12, 2017.  <u>See</u> Dkt. No. 215.  On January 16, 2018, the Government filed a motion to dismiss the consolidated complaints in this bid protest as a result of the completion of ED's corrective action.  <u>See</u> Dkt. No. 234.

On February 13, 2018, Plaintiffs Van Ru Credit Corporation, Progressive Financial Services, Inc., and Collection Technology, Inc. filed notices of voluntary dismissal without prejudice, and Plaintiff Continental Service Group, Inc. filed a response indicating that it did not oppose the Government's motion to dismiss.  The three remaining Plaintiffs— Account Control Technology, Inc., Pioneer Credit Recovery, Inc., and Alltran Education, Inc.—filed responses opposing the Government's motion to dismiss.

After considering the Government's motion and Plaintiffs' responses, the Court finds that it is in the interest of judicial efficiency to dismiss the above-captioned complaints, especially given the addition of new parties in the directly related bid protests recently consolidated under the case, FMS Investment Corp. v. United States, No. 18-204C.  Any challenges to the procurement at issue in these cases should be mounted in a new complaint before this Court, which will be consolidated under the FMS Investment Corp. case.

Accordingly, the Clerk is directed to DISMISS this consolidated bid protest without prejudice.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge